UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-cv-61970-WPD

ANDRES GOMEZ,

    Plaintiff,

vs.

WARBY PARKER RETAIL, INC.

    Defendant.
_____/

## NOTICE OF SETTLEMENT IN PRINCIPAL

Plaintiff, through the undersigned attorney, hereby gives notice to the Court that the parties have reached an amicable resolution in principal of this dispute. Thus, the parties respectfully request thirty (30) from the date below for the parties to memorialize their agreement in writing and for Plaintiff to file his Voluntary Notice of Dismissal with Prejudice.

Dated this 20th day of October, 2020.

Respectfully Submitted,

*/s/ Alberto R. Leal.*
Alberto R. Leal
Florida Bar No.: 1002345
E-Mail: al@thelealfirm.com
The Leal Law Firm, P.A.
8927 Hypoluxo Rd. #157
Lake Worth, FL 33467
Phone: 561-237-2740
Attorney for Plaintiff